A. T. Vidal

TERRITORY OF MICHIGAN } TO WIT
DISTRICT OF DETROIT

Personally appeared before me George M<sup>c</sup>Dougall, a Justice assigned to keep the peace within the District of Detroit aforesaid, Louis Bourré, of La Grosse Pointe in said District, who being solemnly sworn, deposeth and saith that on the fifth day of September present, three Strangers arrived

at his House and one of them (whos Name he has since learned is Alexander T E Vidal a Lieutenant in the Naval Service of His Britannic Majesty) immediately proceeded to search the four different Rooms in his House, and on going into the fifth Room he asked this Deponent if Any Seamen Deserters were in his House, and was answered that some Strangers had been there but were gone, the Lieutenant remarked that they were Deserters from his Command, and then sent one of his associates with orders to a number of Men, who were then about thirty yards from the shore to load their Guns, and looking towards them saw them shortly after had their Guns — Lieu$^t$ Vidal, & the two others who accompanied him (one of whom afterwards said he was the Son Framboise by the name of Joseph La framboisé) were armed with Fusees, Deponent saw the Lieutenant aforesaid, Conveyed to Detroit by Cap$^t$ John Meldrum & Lieu$^t$ Ch$^s$ N. Gouin, and further this Deponent saith not                    LOUIS BOURRÉ

Sworn & subscribed before
me at my Chambers in the
City of Detroit the
eleventh day of Septem$^r$
AD 1815 (fifteen)
GEO. M$^c$DOUGALL
Justice of the peace D D T M

[In the handwriting of George McDougall]

TERRITORY OF MICHIGAN ⎫
DISTRICT OF DETROIT    ⎭ TO WIT